# EXHIBIT 2

## Rights and Permissions

   Organization Name: Draft Top, LLC
       Address: P.O. Box 341
           Monmouth Beach, NJ 07750 United States

## Certification

        Name: Jitendra Kumar
        Date: May 03, 2021

---

    Correspondence: Yes
  Copyright Office notes: Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

            Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Registration #:** VA0002249963
**Service Request #:** 1-10424772647



Draft Top, LLC
Armand Ferranti
P.O. Box 341
Monmouth Beach, NJ 07750 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-249-963**
**Effective Date of Registration:**
May 03, 2021
**Registration Decision Date:**
May 06, 2021

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published: April 01, 2019 to May 01, 2019

### Title

**Title of Group:** Draft Top Product Pictures 2019
**Number of Photographs in Group:** 5

- **Individual Photographs:** Draft-Top-8 04.01.2019, Draft-Top-10 04.01.2019, Draft-Top-11 04.01.2019, Draft-Top-13 04.01.2019
  **Published:** April 2019

- **Individual Photographs:** Draft-Top-1 05.01.2019
  **Published:** May 2019

### Completion/Publication

**Year of Completion:** 2019
**Earliest Publication Date in Group:** April 01, 2019
**Latest Publication Date in Group:** May 01, 2019
**Nation of First Publication:** United States

### Author

- **Author:** Draft Top, LLC
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Citizen of:** United States

### Copyright Claimant

**Copyright Claimant:** Draft Top, LLC
P.O. Box 341, Monmouth Beach, NJ, 07750, United States

Page 1 of 2

**Correspondence:** Yes

**Registration #:** PAu004076830
**Service Request #:** 1-10424773377



Draft Top, LLC
Armand Ferranti
P.O. Box 341
Monmouth Beach, NJ 07750 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**

**PAu 4-076-830**

**Effective Date of Registration:**
May 03, 2021
**Registration Decision Date:**
May 05, 2021

## Title

    **Title of Work:** Draft Top Youtube Video 07.2019

## Completion/Publication

    **Year of Completion:** 2019

## Author

-     **Author:** Draft Top, LLC
    **Author Created:** entire motion picture
    **Work made for hire:** Yes
    **Citizen of:** United States

## Copyright Claimant

    **Copyright Claimant:** Draft Top, LLC
    P.O. Box 341, Monmouth Beach, NJ, 07750, United States

## Rights and Permissions

    **Organization Name:** Draft Top, LLC
    **Address:** P.O. Box 341
    Monmouth Beach, NJ 07750 United States

## Certification

    **Name:** Jitendra Kumar
    **Date:** May 03, 2021

## Rights and Permissions

    **Organization Name:** Draft Top, LLC
       **Address:** P.O. Box 341
            Monmouth Beach, NJ 07750 United States

## Certification

       **Name:** Jitendra Kumar
       **Date:** May 03, 2021

---

    **Correspondence:** Yes
  **Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

              Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Registration #: VA0002249968
Service Request #: 1-10424773212



Draft Top, LLC
Armand Ferranti
P.O. Box 341
Monmouth Beach, NJ 07750 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-249-968**

**Effective Date of Registration:**
May 03, 2021
**Registration Decision Date:**
May 06, 2021

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published: March 01, 2020 to May 01, 2020

### Title

        **Title of Group:** Draft Top Product Pictures 2020
**Number of Photographs in Group:** 8

- **Individual Photographs:** Draft-Top-2 03.01.2020, Draft-Top-3 03.01.2020, Draft-Top-4 03.01.2020, Draft-Top-5 03.01.2020, Draft-Top-6 03.01.2020, Draft-Top-7 03.01.2020, Draft-Top-9 03.01.2020
**Published:** March 2020

- **Individual Photographs:** Draft-Top-12 05.01.2020
**Published:** May 2020

### Completion/Publication

**Year of Completion:** 2020
**Earliest Publication Date in Group:** March 01, 2020
**Latest Publication Date in Group:** May 01, 2020
**Nation of First Publication:** United States

### Author

- **Author:** Draft Top, LLC
**Author Created:** photographs
**Work made for hire:** Yes
**Citizen of:** United States

### Copyright Claimant

**Copyright Claimant:** Draft Top, LLC
P.O. Box 341, Monmouth Beach, NJ, 07750, United States

Page 1 of 2