**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

DT, LLC

                      Plaintiff,

v.                                    Case No.: 1:21−cv−03792

                                    Honorable Matthew F. Kennelly

The Partnerships and Unincorporated Associations
Identified in Schedule "A", et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 2, 2021:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic preliminary injunction hearing held on 9/2/2021. Any response by a defendant to the motion for preliminary injunction [21] is due 9/16/2021. Plaintiff's reply, if any, is to be filed by 9/23/2021. The motion for preliminary injunction [21] is set for a hearing 9/28/2021 at 9:30 a.m. The following call−in number will be used for the hearing: 888−684−8852, conference code 746−1053. The temporary restraining order, that was previously entered, is extended to 5:00 p.m. on 9/28/2021. The Clerk is directed to unseal all of the documents that were previously filed under seal. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.