# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

DT, LLC

                  Plaintiff,

v.

The Partnerships and Unincorporated Associations
Identified in Schedule "A", et al.

                  Defendant.

Case No.: 1:21−cv−03792

Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, September 25, 2021:

    MINUTE entry before the Honorable Matthew F. Kennelly: Motion to partially lift asset freeze and voluntarily dismiss a defendant [38] is granted. All claims against defendant BIERELAOZI are dismissed, and the asset freeze against this defendant pursuant to the Temporary Restraining Order entered in this case is lifted. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.