# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

DT, LLC

                                                    Plaintiff,

v.
                                                   Case No.: 1:21−cv−03792

                                                   Honorable Matthew F. Kennelly

The Partnerships and Unincorporated Associations
Identified in Schedule "A", et al.

                                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 28, 2021:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 9/28/2021. Defendants' motion to withdraw opposition [37] is granted. Plaintiff's motion for preliminary injunction [21] is granted. Enter preliminary injunction order. A telephonic status hearing is set for 11/30/2021 at 8:55 a.m. The following call−in number will be used for the hearing: 888−684−8852, access code 746−1053. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.