IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DRAFT TOP, LLC, ) <br> ) <br> ) <br>     Plaintiff, ) <br> )     No. 21-cv-3792 <br> ) <br> v. ) <br> )     Hon. Matthew Kennelly <br> )     Magistrate Judge: Hon. Sheila Finnegan <br> THE PARTNERSHIPS AND ) <br> UNINCORPORATED ASSOCIATIONS ) <br> IDENTIFIED IN SCHEDULE "A", ) <br> ) <br> ) <br>     Defendants. ) | |

**STATUS REPORT REGARDING DEFENDANTS REMAINING IN THE CASE
AFTER THE COURT RULES ON PLAINTIFF'S MOTIONS TO VOLUNTARILY
DISMISS AND PARTIALLY LIFT ASSET FREEZE**

Plaintiff Draft Top, LLC ("Plaintiff") submits this status report regarding which defendants will remain in the instant case following entry of the Court's order on Plaintiff's refiled motion to partially lift asset freeze and dismiss certain defendants previously filed as Nos. [30] [31] [34] [35] and [36]. The complete list of remaining defendants is attached as Exhibit A.

Dated: September 28, 2021

Respectfully submitted,

DRAFT TOP, LLC

By: /s/ James E. Judge (IL Bar No. 6243206)
Flener IP & Business Law
77 W. Washington St., Suite 800
Chicago IL 60602
(312) 724-8874
jjudge@fleneriplaw.com
Attorney for Plaintiff