IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | |
|---|---|
| DRAFT TOP, LLC, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 21-cv-3792 |
| ) | |
| v. ) | |
| ) | |
| ) | Hon. Matthew F. Kennelly |
| THE PARTNERSHIPS AND ) | Magistrate Judge Hon. Sheila M. Finnegan |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED IN SCHEDULE "A", ) | |
| ) | |
| ) | |
| Defendants. ) | |

**MOTION TO PARTIALLY LIFT ASSET FREEZE AND VOLUNTARILY DISMISS CERTAIN DEFENDANTS**

Plaintiff Draft Top, LLC, having reached a confidential settlement with Defendants identified on Exhibit I, the terms of which have been satisfied, respectfully moves the Court to issue an order dismissing these Defendants from this action and lifting the asset freeze against these Defendants' funds currently frozen at e-commerce marketplace platforms pursuant to the terms of the Preliminary Injunction [42].

Dated: October 15, 2021　　　　　　　　　　DRAFT TOP, LLC.

　　　　　　　　　　　　　　　　　　　　　By: /s/James E. Judge
　　　　　　　　　　　　　　　　　　　　　Zareefa B. Flener (IL Bar No. 6281397)
　　　　　　　　　　　　　　　　　　　　　James E. Judge (IL Bar No. 6243206)
　　　　　　　　　　　　　　　　　　　　　Flener IP Law, LLC
　　　　　　　　　　　　　　　　　　　　　77 W. Washington St., Suite 800
　　　　　　　　　　　　　　　　　　　　　Chicago IL 60602
　　　　　　　　　　　　　　　　　　　　　jjudge@fleneriplaw.com
　　　　　　　　　　　　　　　　　　　　　(312) 724-8874