| Doe # | Marketplace | Merchant ID |
|---|---|---|
| 150 | Amazon | MaxFox |
| 160 | Amazon | QingFan |
| 213 | Amazon | LtrottedJ |
| 233 | Amazon | Jiaygan |
| 239 | Amazon | Kenoucle |
| 258 | Amazon | charts_DRESS |
| 267 | Amazon | yunduozoui |
| 278 | Amazon | Hilyo |
| 280 | Amazon | Starluo |
| 290 | Amazon | Fasclot |
| 313 | Amazon | 90sMuse |
| 319 | Amazon | Sinerixc |
| 326 | Amazon | Zhijian Yijia technology |
| 331 | Amazon | Alukee |
| 332 | Amazon | dfguWEF |
| 357 | Amazon | Brilliaire.LLC |
| 384 | Amazon | LKLKMR |
| 396 | Amazon | SEMgears |
| 401 | Amazon | Keeplus. |
| 406 | Amazon | STILLKEEPER |
| 444 | eBay | 24hours-am-pm |
| 486 | eBay | chourenling1990 |
| 655 | eBay | wonderparthome_us |