# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

DT, LLC

                Plaintiff,

v.

                Case No.: 1:21−cv−03792

                Honorable Matthew F. Kennelly

The Partnerships and Unincorporated Associations Identified in Schedule "A", et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, October 16, 2021:

    MINUTE entry before the Honorable Matthew F. Kennelly: Motion to partially lift asset freeze and voluntarily dismiss certain defendants [48] is granted. The following defendants are dismissed, and the asset freeze is lifted as to these defendants: MaxFox; QingFan; LtrottedJ; Jiaygan; Kenoucle; charts_DRESS; yunduozoui; Hilyo; Starluo; Fasclot; 90sMuse; Sinerixc; Zhijian Yijia technology; Alukee; dfguWEF; Brilliaire.LLC; LKLKMR; SEMgears; Keeplus; STILLKEEPER; 24hours−am−pm; chourenling1990; and wonderparthome_us. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.