IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | | |
|---|---|---|
| DRAFT TOP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 21-cv-3792 |
| v. | ) | |
| | ) | Hon. Matthew Kennelly |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", | ) | Magistrate Judge Sheila Finnegan |
| | ) | |
| Defendants. | ) | |

**MOTION TO PARTIALLY LIFT ASSET FREEZE AND
VOLUNTARILY DISMISS CERTAIN DEFENDANTS**

Plaintiff Draft Top, LLC, having reached a confidential settlement with Defendants identified on Exhibit I, the terms of which have been satisfied, respectfully moves the Court to issue an order dismissing these Defendants from this action, lifting the asset freeze against these Defendants' funds currently frozen at e-commerce marketplace platforms pursuant to the terms of the Preliminary Injunction [42].

Dated: October 22, 2021            DRAFT TOP, LLC.

By: /s/ James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Flener IP Law, LLC
77 W. Washington St., Suite 800
Chicago IL 60602
jjudge@fleneriplaw.com
(312) 724-8874