21-cv-3792

Draft Top LLC v. The Partnerships, et al.

EXHIBIT 1—Released Defendants

10/22/21

| Def # | Marketplace | Merchant Name | Merchant ID |
|---|---|---|---|
| 190 | Amazon | TecHong | A1RKFQE8WRTDES |
| 444 | eBay | 24hours-am-pm | 24hours-am-pm |
| 486 | eBay | chourenling1990 | chourenling1990 |
| 655 | eBay | worldmarket_place | worldmarket_place |
| 790 | Wish | LingFeiXiang | 5d79e9b7288835520331af20 |
| 159 | Amazon | SHOBBW | A1E3BR32Q9MHRC |
| 193 | Amazon | SolwDa | a1r4rwhn5ifd94 |
| 295 | Amazon | TWFERR | A38G0TGFOX7V3O |
| 316 | Amazon | CORYOO1 | A3HF4B643CF7WO |
| 684 | Joom | Thumb | 5cc311616ecda80301d842bb |
| 256 | Amazon | Snowflake-H (🔥 5-14 Days arrive🔥) | A2QVUK79N4YLAY |
| 148 | Amazon | KOSIMI | A18Q8OWUP0UIBX |
| 686 | Joom | Score Healthy Store | 5e82df351436d4030115d79e |
| 379 | Amazon | Ksndurn | ADWQIJBMVJKIM |
| 195 | Amazon | vkarh | A1PP8D3415Z9V9 |