UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DT LLC, | ) |
| | ) |
| Plaintiff, | ) Case No.: 1:21-cv-03792 |
| v. | ) |
| | ) Dist. Judge Matthew F. Kennelly |
| The Partnerships and Unincorporated | ) |
| Associations Identified in Schedule "A", | ) Mag. Judge Sheila M. Finnegan |
| | ) |
| Defendants. | ) |

**Motion for Extension of Time**

**NOW COME** defendants Choosetactfully.com, ironwithnova.com, mintiml, and brogrowshop ("Defendants"), by and through their undersigned counsel, and hereby request an extension of time to respond to the Complaint, stating as follows:

1. Plaintiff filed its Complaint on July 15, 2021. [Dkt. 1].

2. Defendants were ostensibly served with process on August 17, 2021. [Dkt. 88-3].

3. Defendants, among others who have since resolved Plaintiff's claims, have been substantively and quantifiably involved in settlement discussions with Plaintiff.

4. Defendants need a short additional time to explore settlement or exhaust the prospect thereof and respond to Plaintiff's Complaint.

5. This Court may, for good cause, extend the time by which Defendants' responses are due after the time has expired if Defendant failed to act because of excusable neglect. Fed. R. Civ. P. 6(b)(1)(B). "[U]nder Rule 6(b)(1) as interpreted by case law, the term "good cause" imposes a light burden." McCann v. Cullinan, 2015 WL 4254226, at * 10 (N.D. Ill 2015), *citing*, 1 Moore's Federal Practice § 6.06 [2] p. 632 (Matthew Bender 3d ed. 2013); *See also*, Anderson v. Stanco Sports Library, Inc., 52 F.R.D. 108, 109 (D. S.C. 1971) (granting defendants' motion for an extension arguing that "judgment by default has not been entered. It is not contended that

plaintiff would be prejudiced by the answer of the defendant and trial upon the merits. On the other hand, to enter default would deprive defendant of its day in court and preclude just determination of the question of liability.").

6. Defendants respectfully requests this Court extend the date on which Defendants are to have filed response(s) to Plaintiff's Complaint, if ultimately necessary, to March 4, 2022.

7. This Motion has been filed in good faith and is not interposed for purposes of delay.

8. This is the second motion for an extension of time filed by Defendants.

9. On February 9, 2022, Defendants requested whether Plaintiff would oppose the requested extension. As of the filing of this motion, Plaintiff has not expressed whether it opposes Defendants' requested extension.

**WHEREFORE**, the Defendants pray that the Court will enter an order:

a) extending the time for Defendants to respond to Plaintiff's Complaint until March 4, 2022.

Dated this February 11, 2022

          Respectfully Submitted,

          /s/Adam E. Urbanczyk
          Adam E. Urbanczyk
          AU LLC
          564 W. Randolph St. 2nd Floor
          Chicago, IL 60661
          (312) 715-7312
          (312) 646-2501 (fax)
          adamu@au-llc.com

          *Counsel for Defendants*