IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | |
|---|---|
| DRAFT TOP, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>                Defendants. | No. 21-cv-3792<br><br>Hon. Judge Matthew Kennelly<br>Hon. Mag. Judge Sheila Finnegan |

## PLAINTIFF'S NOTICE OF DISMISSAL OF CERTAIN DEFENDANTS

Plaintiff Draft Top, LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against the following defendants: Wanafree Warm House Store (49) and chiesma (484) (collectively, "Settling Defendants"), with prejudice. Draft Top, LLC is dismissing Settling Defendants because it has reached a full settlement with them, the terms of which have been satisfied.

Settling Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

DATED: July 1, 2022

DRAFT TOP, LLC

By: /s/ James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Flener IP Law, LLC
77 W. Washington St., Suite 800
Chicago IL 60602
jjudge@fleneriplaw.com
(312) 724-8874