# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | | |
|---|---|---|
| DRAFT TOP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 21-cv-3792 |
| v. | ) | |
| | ) | Hon. Matthew Kennelly |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A", | ) | Magistrate Judge Sheila Finnegan |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL
OF CERTAIN DEFENDANTS**

Plaintiff Draft Top, LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action against the following defendants: minseaa (573) The E Shopping (745) (collectively, "Settling Defendants"), with prejudice. Draft Top, LLC is dismissing Settling Defendants because it has reached a full settlement with them, the terms of which have been satisfied.

Settling Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: July 6, 2022 | DRAFT TOP, LLC. |
|  | By: /s/ James E. Judge |
|  | Zareefa B. Flener (IL Bar No. 6281397)<br>James E. Judge (IL Bar No. 6243206)<br>Flener IP Law, LLC<br>77 W. Washington St., Suite 800<br>Chicago IL 60602<br>jjudge@fleneriplaw.com<br>(312) 724-8874 |